UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHLEEN MARY VIILO,

    Plaintiff,

v.                                                                                                                          Case No. 1:16-cv-1265
                                                                                                               Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

**JUDGMENT**

      In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

          **IT IS SO ORDERED**.


Dated: March 19, 2018                                    /s/ Ray Kent
                                                                       United States Magistrate Judge